IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAJAIRA VIDAL deGARCIA, <u>et al.</u>, | : : | |
| Plaintiffs | : : | No. 1:20-cv-00601 |
| v. | : : | (Judge Kane) |
| EDWIN CABRERA SOTO, | : | |
| Defendant | : | |

## **ORDER**

**AND SO**, on this 12th day of April 2021, upon consideration of Defendant Edwin Cabrera Soto ("Defendant")'s motion to dismiss (Doc. No. 18), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant's motion (Doc. No. 18) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania